No. 1711. F. Carrera & Hermano, Apelado, *v.* The New York & Porto Rico Steamship Company, Apelante.—*Injunction* e indemnización de perjuicios. Mayagüez. Marzo 21, 1918. *Confirmada la sentencia apelada, pero modificándola en el sentido de que se entienda declarada con lugar la demanda en ciertos extremos y declarando firme y perpetuo el* injunction *preliminar decretado en este caso, y ordenando que la demandada pague las costas y desembolsos, pero no los honorarios de abogado.*

---

No. 1244. El Pueblo, Apelado, *v.* Cruz et al., Apelantes.—Acometimiento y agresión. Humacao. Marzo 21, 1918. *Confirmada la sentencia apelada.*

---

No. 1245. El Pueblo, Apelado, *v.* Lavergne, Apelante.—Infracción Ley de Pesas y Medidas. Humacao. Marzo 21, 1918. *Confirmada la sentencia apelada.*

---

No. 1242. El Pueblo, Apelado, *v.* Benítez, Apelante.—Portar armas. Humacao. Marzo 30, 1918. *Confirmada la sentencia apelada.*

---

No. 1243. El Pueblo, Apelado, *v.* Valdejulli, Apelante.—Adulteración de leche. Humacao. Marzo 30, 1918. *Confirmada la sentencia apelada.*

---

No. 1251. El Pueblo, Apelado, *v.* Rodríguez, Apelante.—Infracción Ley de Pesas y Medidas. Ponce. Marzo 30, 1918. *Confirmada la sentencia apelada.*